UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROBERTA FELIZ,                                                         :
                                                                       :
                          Plaintiff,                                   :
                                                                       :
                -v-                                                    :    22 Civ. 4414 (JPC)
                                                                       :
TRUE MADE FOODS, INC.,                                                 :    ORDER
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 1, 2022, the Court granted the parties' request for extension of time for Defendant to respond to the Complaint until September 1, 2022. Dkt. 10. The deadline for Defendant to respond to the Complaint has passed and the docket does not reflect an answer filed by Defendant. Accordingly, the Court *sua sponte* extends the deadline for Defendant to respond to the Complaint until September 8, 2022. To the extent Defendant requires additional time to file its answer, Defendant must submit a request to the Court no later than 48 hours (*i.e.*, two business days) before the deadline pursuant to 3.B of the Court's Individual Rules and Practices in Civil Cases.

      SO ORDERED.

Dated: September 2, 2022
       New York, New York

                                                    JOHN P. CRONAN
                                                   United States District Judge