UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

TRUE MADE FOODS, INC.,

        Defendant.

------------------------------------------------------x

Case No.: 1:22-cv-04414-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Roberta Feliz hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant True Made Foods, Inc.

DATED:  November 10, 2022

**MIZRAHI KROUB LLP**

    /s/ Edward Y. Kroub
    EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

November 15, 2022
New York, New York

JOHN P. CRONAN
United States District Judge